**Order entered April 7, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00218-CV

### WINDELL GILBERT, Appellant

### V.

### CHERISH FITZ, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-15-01125-D**

## ORDER

We **GRANT** the April 4, 2016 motion of court reporter Coral Hough for an extension of

time to file the reporter's record. The reporter's record shall be filed by **APRIL 14, 2016**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE